ACCEPTED
01-15-00691-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 5:06:02 PM
CHRISTOPHER A. PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 6394749
By: CHRIS WASHINGTON
Filed: 8/6/2015 5:16:02 PM

Cause No. <u>2014-32348</u>

| | | |
|---|---|---|
| INFINITY CAPITAL II, LLC, | § | IN THE DISTRICT COURT |
| INFINITY CAPITAL, LLC, | § | |
| LAURIE A. MCRAY, and | § | |
| MCRAY MONEY MANAGEMENT, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| STRASBURGER & PRICE, LLP, | § | |
| | § | |
| Defendant. | § | 281ST JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 3:03:43 PM
CHRISTOPHER A. PRINE
Clerk
HARRIS COUNTY, TEXAS

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs INFINITY CAPITAL II, LLC, INFINITY CAPITAL, LLC, LAURIE A. MCRAY, and MCRAY MONEY MANAGEMENT, LLC, pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, and file this Notice of Appeal, and in support hereof would respectfully show as follows:

1. Plaintiffs INFINITY CAPITAL II, LLC, INFINITY CAPITAL, LLC, LAURIE A. MCRAY, and MCRAY MONEY MANAGEMENT, LLC, desire to appeal from the Final Judgment signed by this Court on July 24, 2015.

2. Plaintiffs appeal to either the First or the Fourteenth Court of Appeals.

Respectfully submitted,

BANNWART & ASSOCIATES, P.C.

By: _____
     ANTHONY L. BANNWART
     State Bar No.  00792344
     H. EMERSON GROGRO
     State Bar No.: 24087634
     7322 Southwest Freeway, Ste. 1510
     Houston, Texas 77074
     Tel:    (713) 807-0020
     Fax:   (713) 807-0040
     anthony@bannwartlawfirm.com
     emerson.grogro@bannwartlawfirm.com

ATTORNEYS FOR PLAINTIFFS

**LOCAL RULE NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS**

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

Caption:          Infinity Capital II, LLC, Infinity Capital, LLC, Laurie A. McRay, and McRay Money Management, LLC, Appellants v. Strasburger & Price, LLP, Appellee

Trial Court case number:      2014-32348

Appellate Court
case number:      01-14-00841-CV

SIGNED this 6th day of August , 20 15 .

BANNWART & ASSOCIATES, P.C.

By: _____
       ANTHONY L. BANNWART

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Plaintiffs' Notice of Appeal has this day been sent by electronic delivery and/or Certified Mail, Return Receipt Requested, and/or via facsimile to the following counsel of record: Mr. Gary Siller, of Strasburger & Price, LLP, attorney of record for STRASBURGER & PRICE, Defendant, located at 909 Fannin St., Suite 2300, Houston, Texas 77010, (713) 951-5660.

SIGNED this 6th day of August, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____
ANTHONY L. BANNWART

ATTORNEYS FOR PLAINTIFFS